# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RICO M. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:21-cv-02197-JTF-atc |
| ) | |
| v. ) | |
| ) | |
| ARAMARK FOOD SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing The Amended Complaint With Prejudice, Denying Leave To Amend, Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, Notifying Plaintiff of Appellate Filing Fee, Denying Leave To Appeal *In Forma Pauperis*, And Recommending This Dismissal Be Treated As A Strike Under 28 U.S.C. § 1915(g), which was entered on September 1, 2021.

**IT IS SO ORDERED**, this 1st day of September 2021.

APPROVED:

| | |
|---|---|
| s/John T. Fowlkes, Jr. | THOMAS M. GOULD |
| JOHN T. FOWLKES, JR. | CLERK |
| UNITED STATES DISTRICT JUDGE | |
| | |
| September 1, 2021 | s/Kristen Polovoy |
| DATE | (BY) LAW CLERK |